IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **COURTHOUSE NEWS SERVICE,** | )<br>)<br>) |
| **Plaintiff,** | ) CASE NO.: 1:23cv1257<br>)<br>) |
| vs. | ) JUDGE: JAMES S. GWIN<br>) |
| **NAILAH K. BYRD,** *etc*. | )<br>) |
| **Defendants.** | )<br>)<br>) |

### JOINT MOTION TO CONDITIONALLY
### DISMISS ACTION PENDING SETTLEMENT

Now come Plaintiff Courthouse News Service and Defendant Nailah K. Byrd, in her official capacity as Cuyahoga County Clerk of Courts and jointly request that the Court enter a conditional dismissal order pursuant to Fed.R.Civ.P. 41(a)(2).

This case involves access to newly-filed civil complaints in the Cuyahoga County Court of Common Pleas. The parties have reached settlement in principle. Defendants made certain adjustments to their website to make newly-filed complaints available upon submission. The parties have also agreed to the terms of a written settlement agreement, including a sum-certain to be paid to Plaintiff. The parties are in the process of executing settlement documents and processing payment.

The parties therefore jointly request that the Court dismiss this matter, without prejudice, while retaining jurisdiction to: 1) reopen the matter should the parties fail to execute the

proposed settlement agreement; 2) enforce and interpret the terms of the settlement agreement. *Kokkonen v. Guardian Life Ins. Co. of Am.,* 511 U.S. 375 (1994).

The parties expect to complete the process of settlement and payment by no later than December 1, 2023.

                                        Respectfully submitted,

                                        /s/ *John C. Greiner* (per consent)
John C. Greiner (0005551)
Darren W. Ford (0086449)
FARUKI PLL
201 East Fifth Street, Suite 1420
Cincinnati, OH 45202
Telephone: (513) 632-0315
Fax: (513) 632-0319
Email: jgreiner@ficlaw.com
       dford@ficlaw.com

Attorneys for Plaintiff

MICHAEL C. O'MALLEY, Prosecuting Attorney
of Cuyahoga County, Ohio

By: /s/ *Michael J. Stewart*
     Kelli K. Perk (0068411)
     (216) 443-6927
     kperk@prosecutor.cuyahogacounty.us
     Michael J. Stewart (0082257)
     (216) 443-6673
     mjstewart@prosecutor.cuyahogacounty.us
     CUYAHOGA COUNTY PROSECUTOR'S OFFICE
     The Justice Center, Courts Tower
     1200 Ontario Street, 8th Floor
     Cleveland, OH 44113

     *Attorneys for Defendant*