IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| COURTHOUSE NEWS SERVICE, | ) | |
|---|---|---|
| | ) | CASE NO.: 1:23-CV-1257 |
| PLAINTIFF, | ) | |
| v. | ) | JUDGE JAMES S. GWIN |
| | ) | |
| NAILAH K. BYRD, | ) | ORDER |
| | ) | |
| DEFENDANT. | ) | |

Upon representation of counsel and parties that the above-captioned case has been settled between the parties, IT IS ORDERED that the docket be marked, "settled and dismissed without prejudice."

Parties are to file any subsequent order setting forth different terms and conditions relative to the settlement and dismissal of the within action as directed. Any such order shall supersede this order.

FURTHER, the Court retains continuing jurisdiction to resolve disputes concerning the memorialization of this settlement agreement. *See Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).


Dated: October 20, 2023            s/ *James S. Gwin*
                                                           JAMES S. GWIN
                                                           UNITED STATES DISTRICT JUDGE